JENNIFER G. ALTMAN
(admitted *pro hac vice*)
Florida Bar No. 881384
jaltman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida  33131
Tel. (305) 539-8400
Fax (305) 539-1307

STEVEN C. HOLTZMAN (State Bar No. 144177)
sholtzman@bsfllp.com
MAXWELL V. PRITT (State Bar No. 253155)
mpritt@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California  94612
Tel. (510) 874-1000
Fax (510) 874-1460

*Attorneys for Defendant EnerSys Delaware Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTERGY SYSTEMS, <br><br> *Plaintiff*, <br><br> vs. <br><br> ENERSYS DELAWARE INC., <br><br> *Defendant*. | Case No. 3:14-CV-02212 JD <br><br> **STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE** <br><br> Date:         August 20, 2014 <br> Time:         9:30 a.m. <br> Courtroom:  Courtroom 11, 19th Floor <br> Judge:        Hon. James Donato |

Pursuant to Civil Local Rules 16-2 and 7-12, and Paragraph 8 of the Standing Order For Civil Cases Before Judge James Donato, Plaintiff Altergy Systems ("Altergy") and Defendant EnerSys Delaware Inc. ("EnerSys"), by and through their attorneys of record in this action, hereby stipulate and agree as follows:

WHEREAS, an arbitration panel in the arbitration underlying this proceeding, *EnerSys Delaware Inc. v Altergy Systems*, AAA Case No. 74 198 Y 01772 12, issued an Award dated May 12, 2014;

WHEREAS, on May 13, 2014, Altergy filed a Notice of Petition and Petition to Confirm the Arbitration Award and for Entry of Judgment, and supporting papers and exhibits (the "Petition"), Dkt. 1;

WHEREAS, on May 30, 2014, the Court issued a Reassignment Order Setting CMC and set a Case Management Conference to be held in this case on August 20, 2014, at 1:30 P.M., in Courtroom 11, 19th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102;

WHEREAS, the Court's Reassignment Order Setting CMC ordered counsel to meet and confer as required by Fed. R. Civ. P. 26(f) prior to the Case Management Conference with respect to the subjects set forth in Fed. R. Civ. P. 16(c) and to file a joint case management statement in compliance with the District's and the Court's applicable Standing Orders not less than seven calendar days before the conference;

WHEREAS, on July 2, 2014, the Court issued a Stipulation and Modified Order Setting Schedule For and Enlarging Page Limits On Defendant EnerSys Delaware Inc.'s Motion To Vacate, Modify Or Correct Award, and Scheduling Hearing On Plaintiff Altergy Systems' Motion To Confirm Award and For Entry of Judgment, which, among other things, set a briefing schedule for Altergy's Petition and Notice of Motion to Confirm the Arbitration Award and For Entry of Judgment ("Motion to Confirm"), Dkt. 22, and EnerSys's Motion to Vacate Arbitration Award ("Motion to Vacate"), Dkt. 38, and set a hearing on the Petition, Motion to Confirm, and Motion to Vacate for September 24, 2014;

WHEREAS, on July 18, 2014, EnerSys filed a Motion For Leave To Conduct Limited Post-Arbitration Discovery of a T-Mobile Representative, Altergy filed an Opposition on August 1, 2014,

EnerSys's Reply is due by August 8, 2014, and a hearing on this motion has been scheduled for August 27, 2014;

WHEREAS, actions to enforce or vacate arbitration awards are exempt from initial disclosures under Fed. R. Civ. P. 26(a)(1)(B) and therefore exempt from Fed. R. Civ. P. 26(f)(1)'s requirement to confer;

WHEREAS, the case management conference subjects set forth in Fed. R. Civ. P. 16(c), the Standing Order For Civil Cases Before Judge James Donato, and the Standing Order For All Judges Of The Northern District generally are not applicable to actions to enforce or vacate arbitration awards;

WHEREAS, the parties do not anticipate filing any additional substantive motions in these proceedings;

WHEREAS, for the reasons set forth above, the parties have met and conferred in good faith and agree that good cause exists to vacate the Case Management Conference set for August 20, 2014;

NOW, THEREFORE, it is hereby stipulated and agreed that the Case Management Conference set for August 20, 2014, shall be vacated. All other deadlines set in these proceedings shall remain in force.

Dated: August 5, 2014

    Respectfully submitted,

    BOIES, SCHILLER & FLEXNER LLP

    By:  /s/ Jennifer G. Altman
         Jennifer G. Altman

    *Attorneys for Defendant EnerSys Delaware Inc.*

Dated: August 5, 2014

    Respectfully submitted,

    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

    By:  /s/ Brian P. Brosnahan
         Brian P. Brosnahan

    *Attorneys for Plaintiff Altergy Systems*

*Filer's attestation:  Pursuant to Civil Local Rule 5-1, Jennifer G. Altman hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  8/6/14

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE